IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Mars, Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Cocovaa, LLC et al.,<br><br>        Defendants. | Civil Action No. 1:17-cv-346<br>Hon. Liam O'Grady<br>Hon. John F. Anderson |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss for Lack of Jurisdiction, or in the alternative to Transfer Venue. (Dkt. No. 13). The matter has been fully briefed, and the Court held a hearing on June 30, 2017. Dkt. No. 24.

For the reasons discussed at the hearing, and for good cause shown, the Court hereby **GRANTS** the Motion to Dismiss for Lack of Jurisdiction. Accordingly, the Motion to Transfer Venue is **DISMISSED AS MOOT.**

It is **SO ORDERED.**

July 6, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge